# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY R. NICKS and JAMES EARL PATRICK, individually and on behalf of all persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 16 CV 6446 |
| v. | ) ) | Assigned Judge: |
| KOCH MEAT CO, INC. d/b/a KOCH FOODS, KOCH FOODS OF MISSISSIPPI, LLC, and JET POULTRY SERVICES, INC., | ) ) ) ) ) | Amy St. Eve Magistrate Judge: Michael T. Mason |
| Defendants. | ) ) | |

## DECLARATION OF LANEY M. WHITE

STATE OF MISSISSIPPI

COUNTY OF SCOTT

1. My name is Laney M. White. I am over 21 years of age, and I am competent to testify concerning the matters in this Declaration.

2. I am employed by Koch Foods of Mississippi, LLC ("Koch Mississippi") as Complex Manager.

3. Koch Mississippi is a Mississippi limited liability company with its principal place of business in Morton, Mississippi.

4. Koch Mississippi owns and operates three poultry processing plants in Mississippi: a slaughter plant in Morton, Mississippi (the "Slaughter Plant"); a debone plant in Forest, Mississippi; and a prepared foods plant in Morton, Mississippi.

5. The Slaughter Plant processes live broiler chickens and packages them for shipment to Koch Foods of Mississippi, LLC's customers or for delivery to other plants for additional processing.

6. All of Koch Mississippi's processing activities take place in Morton and Forest, Mississippi.

7. Koch Mississippi does not conduct poultry processing activities outside the State of Mississippi.

8. Koch Mississippi does not own or operate any plants outside Mississippi.

The facts set forth in this Declaration are based on my personal knowledge, and I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 3, 2016.

*Laney M White*
LANEY M. WHITE

2

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY R. NICKS and JAMES EARL PATRICK, individually and on behalf of all persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 16 CV 6446 |
| v. | ) ) | Assigned Judge: |
| KOCH MEAT CO, INC. d/b/a KOCH FOODS, KOCH FOODS OF MISSISSIPPI, LLC, and JET POULTRY SERVICES, INC., | ) ) ) ) ) | Amy St. Eve Magistrate Judge: Michael T. Mason |
| Defendants. | ) | |

## DECLARATION OF RONNIE JOE KEYES

STATE OF MISSISSIPPI

COUNTY OF SCOTT

1. My name is Ronnie Joe Keyes. I am over 21 years of age, and I am competent to testify concerning the matters in this Declaration.

2. I am employed by Koch Foods of Mississippi, LLC ("Koch Mississippi") as Live Production Manager.

3. I am familiar with Koch Mississippi's policies and practices relating to the way its business records are made and maintained. I am familiar with, and have personal knowledge of the files, ledgers and records made and kept by Koch Mississippi in the regular course of its business.

4. Koch Mississippi owns and operates a slaughter plant in Morton, Mississippi (the "Slaughter Plant") that processes live broiler chickens and packages them for shipment to customers or for delivery to other plants for additional processing.

5. As Live Production Manager, I oversee the production of live broiler chickens before they are delivered to the Slaughter Plant for processing. These operations are commonly referred to as "grow-out" operations. The grow-out operations include the placement of broiler chicks with third party independent contractor growers who raise the broiler chicks in Mississippi until they are of sufficient maturity for processing, and the delivery of mature broiler chickens from growers to the Slaughter Plant for processing.

6. All growers who raise chickens supplied to the Slaughter Plant are located within approximately 60 miles of Morton, Mississippi in the counties of Scott, Rankin, Smith, Newton, Jasper, Leake, Neshoba, Simpson, or Covington.

7. JET Poultry, Inc. ("Jet") provides catching services for the broiler chickens supplied to the Slaughter Plant. As part of those services, Jet catches broiler chickens on the growers' farms and places them in cages that are loaded onto poultry transport vehicles for delivery to the Slaughter Plant.

8. All of Jet's live-haul services related to chickens supplied to the Slaughter Plant for processing take place in Mississippi.

9. The business records related to the grow-out operations for the Slaughter Plant are located in Mississippi.

The facts set forth in this Declaration are based on my personal knowledge, and I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 3, 2016.

RONNIE JOE KEYES

2

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY R. NICKS and JAMES EARL PATRICK, individually and on behalf of all persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) | No. 16 CV 6446 |
| v. | ) ) | Assigned Judge: |
| KOCH MEAT CO, INC. d/b/a KOCH FOODS, KOCH FOODS OF MISSISSIPPI, LLC, and JET POULTRY SERVICES, INC., | ) ) ) ) ) | Amy St. Eve  Magistrate Judge: Michael T. Mason |
| Defendants. | ) | |

## DECLARATION OF LANCE BUCKERT

STATE OF ILLINOIS

COUNTY OF COOK

1. My name is Lance Buckert. I am over 21 years of age, and I am competent to testify concerning the matters in this Declaration.

2. I am the Chief Financial Officer of Koch Foods Incorporated. In that capacity, I have personal knowledge of the assets and operations of subsidiaries of Koch Foods Incorporated.

3. Koch Foods Incorporated is the sole member of Koch Foods of Mississippi, LLC ("Koch Mississippi") and is the sole stockholder of Koch Meat Co., Inc. ("Koch Meat").

4. Koch Mississippi does not employ anyone in Illinois.

5. Koch Mississippi is not registered to do business in Illinois.

6. Koch Mississippi does not have an office in Illinois.

7. Koch Mississippi does not own any real property in Illinois.

8. Koch Mississippi does not pay income or property taxes to the State of Illinois.

9. Koch Mississippi does not have any Illinois telephone listing or phone number.

10. Koch Meat does not own any live chickens or engage in any live haul operations.

11. Koch Meat does not own any facilities that process any live chickens.

12. Koch Meat does not have any business records relating to any services provided by either Jet Poultry Services, Inc. or Jet Poultry, Inc.

The facts set forth in this Declaration are based on my personal knowledge, and I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 3, 2016.

_____
LANCE BUCKERT