# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Jimmy R. Nicks, et al.

                          Plaintiff,

v.                                                   Case No.: 1:16–cv–06446
                                                       Honorable Mary M. Rowland

Koch Meat Co., Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 11, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: By agreement between the parties, the deadline for Plaintiff to submit a Motion for Approval of FLSA Settlement Agreement is extended to October 18, 2019. Parties shall file motion to approve settlement or dismissal papers by 10/18/19. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.